# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00666 AWI DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT<br><br>[ECF Nos. 5, 14] |

Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 5, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The complaint is currently pending screening by the Court.

On December 4, 2014, Plaintiff filed a motion to amend the complaint. On May 29, 2015, he filed a motion for extension of time to file an amended complaint. Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend its pleading once as a matter of course within 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f). In this case, the complaint has not yet been screened and served on Defendants. Per Rules 15(a), Plaintiff may amend once as a matter of course. Therefore, Plaintiff's motions for leave to amend or for an extension of time are unnecessary.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for leave to amend and for extension of time to file an amended complaint are DISREGARDED.

IT IS SO ORDERED.

Dated:  **June 4, 2015**                                /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE