# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00666 AWI DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR PERMISSION TO AMEND COMPLAINT<br><br>[ECF No. 15] |

Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 5, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The complaint is currently pending screening by the Court.

On June 4, 2015, Plaintiff filed a motion requesting permission to file an amended complaint. Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend its pleading once as a matter of course within 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f). In this case, the complaint has not yet been screened and served on Defendants. Per Rules 15(a), Plaintiff may amend once as a matter of course; leave of court is not necessary.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for permission to amend

is DISREGARDED.

IT IS SO ORDERED.

Dated: **June 9, 2015**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE