# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.  1:15-cv-00666 AWI DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF HIS COMPLAINT AND DIRECTING CLERK OF COURT TO MAIL PLAINTIFF COPY OF COMPLAINT<br><br>[ECF No. 18] |

Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 5, 2014.  The complaint is currently pending screening by the Court.

On October 22, 2015, Plaintiff filed a motion requesting a copy of his original complaint on file.  Plaintiff states he has lost or misplaced his only copy of the original complaint and he requires a copy in order to complete an amended complaint.  Good cause having been presented and good cause appearing therefor, Plaintiff's motion is GRANTED.  The Clerk's Office is DIRECTED to mail Plaintiff a copy of his original complaint (ECF No. 1).

IT IS SO ORDERED.

   Dated:   **October 27, 2015**                    /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

1